# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Marquita J Leflore  　　　　　CASE NUMBER: 19-03951-NPO

## OBJECTION TO NOTICE OF POSTPETITION FEES, EXPENSES & CHARGES

Comes now the Debtor(s), Marquita J Leflore, by and through their attorney, and files this Objection to Postpetition Fees, Expenses & Charges of Hope Federal Credit Union, and would show unto the Court as follows:

1. That Hope Federal Credit Union filed a claim for the sum of $1,200.00  That the sum is not reasonable, and should be allowed in the amount of $350.00.

Therefore the Debtor Objects to the Notice of Postpetition Fees, Expenses & Charges filed by Hope Federal Credit Union and said Objection should be sustained, with said fees disallowed.

This, March 27, 2020.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Marquita J Leflore
　　　　　　　　　　　　　　　　　BY:_/s/ Richard R. Grindstaff_
　　　　　　　　　　　　　　　　　　RICHARD R. GRINDSTAFF

RICHARD R. GRINDSTAFF
ATTORNEY AT LAW, MS Bar No. 5036
P.O. Box 720517
Byram MS 39272
(601) 346-6443
grindstaf@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that I, the undersigned attorney of record for the Debtor, have this date mailed, postage prepaid, by United States Mail, a true and correct copy of the above and foregoing Objection to the following at their usual mailing addresses or by ECF Notification System:
James L. Henley, Jr.

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Hope Federal Credit Union
c/o J. Gary Massey, Esq.

      SO CERTIFIED on this, March 27, 2020.

                        _/s/ Richard R. Grindstaff_____
                        RICHARD R. GRINDSTAFF