___



**SO ORDERED,**

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: April 16, 2021

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

**IN THE MATTER OF:**  **CASE NO.: 19-03951-NPO**
**MARQUITA J. LEFLORE**
**SS#:  XXX-XX-0559**

### RELEASE OF WAGES

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

DELTA INDUSTRIES INC.
ATTN: PAYROLL DEPT.
P.O. BOX 1292
JACKSON, MS 39215

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

James L. Henley, Jr.
Standing Chapter 13 Trustee
P. O. Box 31980
Jackson, MS 39286-1980


IS VACATED FOR THE FOLLOWING REASON(S): NEW EMPLOYER

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##