United States Bankruptcy Court
Southern District of Mississippi

In re:                                                 Case No. 19-03951-NPO
Marquita J Leflore                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                User: mssbad                                      Page 1 of 2
Date Rcvd: Apr 16, 2021                        Form ID: pdf012                            Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marquita J Leflore, 613 Cedar Springs Dr., Jackson, MS 39212-5711 |
|    | + Delta Industries Inc., Attn: Payroll Dept., P.O. Box 1292, Jackson, MS 39215-1292 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021                      Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley P Jones | on behalf of Creditor Hope Federal Credit Union msbankruptcy@logs.com |
| Eric C Miller | on behalf of Creditor Hope Federal Credit Union logsecf@logs.com |
| J. Gary Massey | on behalf of Creditor Hope Federal Credit Union MSBankruptcy@LOGS.com |
| James L. Henley, Jr. | jlhenley@jlhenleych13.net jhenley13@ecf.epiqsystems.com |
| Richard R. Grindstaff | on behalf of Debtor Marquita J Leflore grindstaf@yahoo.com grindstaf@gmail.com;r46882@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Apr 16, 2021 Form ID: pdf012 Total Noticed: 2
TOTAL: 6

___



SO ORDERED,

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: April 16, 2021

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

IN THE MATTER OF:  CASE NO.: 19-03951-NPO
MARQUITA J. LEFLORE
SS#:   XXX-XX-0559

### RELEASE OF WAGES

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

DELTA INDUSTRIES INC.
ATTN: PAYROLL DEPT.
P.O. BOX 1292
JACKSON, MS 39215

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

James L. Henley, Jr.
Standing Chapter 13 Trustee
P. O. Box 31980
Jackson, MS 39286-1980


IS VACATED FOR THE FOLLOWING REASON(S): NEW EMPLOYER

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##