# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Marquita J Leflore          CASE NUMBER: 19-03951-JAW

## MOTION TO CONVERT TO CHAPTER 7

Comes now the Debtor(s), Marquita J Leflore, and moves this Honorable Court to allow the Debtor(s) to Convert a case under Chapter 13 of the Bankruptcy Code into Chapter 7 and in support thereof would show unto the Court the following:

1. That the Debtor(s) desire to convert from chapter 13 to chapter 7 of the bankruptcy code.

SO MOVED on this, August 16, 2023.

                                      Respectfully submitted,

                                      Marquita J Leflore

                                             By:/s/ Bryce C. Kunz
                                                BRYCE C. KUNZ

Bryce C. Kunz, MSB 105185
840 E. RIVER PL., STE 605
JACKSON, MS 39202
(601) 346-6443
FAX: (866) 277-8648
brycekunzlaw@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that I, the undersigned attorney of record for the Debtor, have this date mailed, postage prepaid, by United States Mail, a true and correct copy of the above and foregoing Motion to the following at their usual mailing addresses or by electronic means:

Chapter 13 Trustee

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

SO CERTIFIED on this, August 16, 2023.

                                                By:/s/ Bryce C. Kunz
                                                BRYCE C. KUNZ

.